**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DONGGUAN SAIEN CHUANGKE TECHNOLOGY CO. LTD., and ZURU, INC. | Civil Action No. 1:24-cv-8111 |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| SHENZHEN HUAMINGJUN RUBBER CO. LTD., and INTERNET STORES 1-45 Identified in Schedule A, | |
| Defendants. | |

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT**

The Plaintiffs Dongguan Saien Chuangke Technology Co. Ltd. ("DSCT") and Zuru, Inc. ("Zuru") move for the entry of a consent judgment in favor of Plaintiffs and against Defendant WHDPETSCares, listed as defendant number 12. Defendant WHDPETSCares has agreed to the entry of the attached consent judgment. Defendant WHDPETSCares, who is not represented by litigation counsel has agreed to this motion after consulting with its settlement counsel, as is evidenced by Defendant WHDPETSCares's signature on the attached consent judgment.

Date: July 3, 2025

Respectfully submitted,

RIMON, P.C.

/s/ Eric C. Cohen
Eric C. Cohen
Telephone: (984) 960-2860
Neal Levin
(312) 224-0966
RIMON P.C.
875 N. Michigan Ave., Suite 3100
Chicago, IL 60611
eric.cohen@rimonlaw.com
neal.levin@rimonlaw.com

Jason Xu
1050 Connecticut Ave. NW, Suite 500
Washington, D.C. 20036
(202) 470-2141
jason.xu@rimonlaw.com

Attorneys for Plaintiff, Dongguan Saien
Chuangke Technology Co. Ltd.


FINNEGAN LLP


/s/ Daniel C. Cooley
Daniel C. Cooley
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
(571) 203-2700

Elizabeth D. Ferrill
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
901 New York Avenue, NW
Washington, D.C. 20001-4413
(202) 408-4000

Counsel for Plaintiff,
ZURU Inc.

**CERTIFICATE OF SERVICE**

I certify that on July3, 2025, I caused the foregoing document to be filed using the Court's E-filing system. All counsel of record are E-filers, so not certificate of service is necessary under L.R. 5.5.

                                        /s/ Eric C. Cohen
                                        Eric C. Cohen