# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Dongguan Saien Chuangke Technology Co. Ltd., et al.

                        Plaintiff,

v.                                          Case No.: 1:24−cv−08111

                                                        Honorable Jeremy C. Daniel

Shenzhen Huamingjun Rubber Co. Ltd., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 24, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Telephone motion hearing held. Plaintiff's motion for entry of default against defendants Defendants Granze Tech (Doe 8), WowDay Store (Doe 29), Hamsoo (Doe 32), Zhangyueyuan (Doe 33), SUNCEN (Doe 37), DESHIKE−US (Doe 39), Yixin Trade US (Doe 40), Liplustoyi (Doe 44), Mepiie (Doe 45), BSR 10 Store (Doe 11), SZS BSR 12 (Doe 10) [164] is granted. Prove up hearing set for 10/8/2025 at 9:30 a.m. The plaintiff must file any materials in support on or before 10/6/2025. Plaintiff's motion for entry of default judgment against Defendants Furu Donghai (Doe 35), KYM MLSMYXGS (Doe 30), Yanruifang (Doe 36), and SHUHEYAN KSR (Doe 31) [166] is granted. The plaintiff shall submit a proposed order to the Court's proposed order inbox on or before 9/26/25. The plaintiff shall also submit the agreed protective order to the Court's proposed order inbox. At least 10 mins prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us−courts.webex.com/meet/Judge_Daniel. ALL PARTICIPANTS MUST TYPE IN THEIR NAME WHEN JOINING THE VIDEO CONFERENCE AND YOUR CAMERA MUST BE ON WHEN YOUR CASE IS CALLED. You can use the dial in option ONLY if you do not have access to a device with video capability: (650)−479−3207, the access code is: 2315 750 8728. All participants must be in a quiet area while on the line and must be muted until your case is called. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.